# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIBER OPTIC DESIGNS, INC., <br>     Plaintiff, <br><br> v. <br><br> HOLIDYNAMICS, INC. <br><br>    and <br><br> ANEWALT'S LAWN & LANDSCAPE INC., <br>     Defendants. | Civ. Action No: 5:16-cv-01137-JFL <br><br> JURY TRIAL DEMANDED |

## STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff, Fiber Optic Designs, Inc. and counsel for Defendants, Holidynamics, Inc. and Anewalt's Lawn & Landscape Inc., that the time within which Defendants may answer the Complaint filed in the above-captioned matter is hereby extended to May 20, 2016.

No prior extensions have been granted to Fiber Optic Designs, Inc.

Respectfully submitted,

| **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** | **CHEN IP LAW GROUP** |
|---|---|
| By: /s/ Dylan J. Steinberg<br>Dylan J. Steinberg<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>215.568.6200<br>215.568.0300 facsimile<br><br>*Attorneys for Fiber Optic Designs, Inc.*<br><br>OF COUNSEL:<br><br>Joseph W. Berenato, III (*pro hac vice* to be filed)<br>David S. Taylor (*pro hac vice* to be filed)<br>Berenato & White, LLC<br>6550 Rock Spring Drive, Ste. 240<br>Bethesda, Maryland 20817<br>Phone: (301) 896-0600<br>Fax: (301) 896-0607 | By: /s/ Jenny W. Chen<br>Jenny W. Chen (*pro hac vice application expected*)<br>7F., No.1, Alley 30, Lane 358, Rueiguang Rd.<br>Neihu District<br>Taipei City 114, Taiwan (R.O.C.)<br>+886.2.7721.8855<br>+886.2.7721.8822 facsimile<br><br>*Attorneys for Holidynamics, Inc. and Anewalt's Lawn & Landscape Inc.* |

**APPROVED**:

Dated: April \_\_\_\_, 2016

                                        Hon. Joseph F. Leeson, Jr.
                                        United States District Court Judge